```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ANTHONY WHITE SR.,

                        Plaintiff,
                                                    ORDER
          -against-                                 19-CV-3497(JS)(GRB)

RIVERHEAD CORRECTIONAL FACILITY,
VINCENT F. DEMARCO,

                        Defendants.
----------------------------------------X
APPEARANCES:
For Plaintiff:    Anthony White, Sr. pro se
                  15-A-3012
                  Wallkill Correctional Facility
                  Route 208, Box G
                  Wallkill, New York 12589-0286

For Defendants:   No appearance
```

SEYBERT, District Judge:

On June 13, 2019, incarcerated pro se plaintiff Anthony White, Sr. ("Plaintiff") filed a Complaint in this Court but did not remit the filing fee or seek leave to proceed in forma pauperis. Accordingly, by Notice of Deficiency also dated June 13, 2019 (the "Notice"), the Court instructed Plaintiff to either complete and return the enclosed application to proceed in forma pauperis or remit the filing fee within fourteen (14) days from the date of the Notice. (See D.E. 3.) On June 24, 2019, Plaintiff timely filed an application to proceed in forma pauperis. (See IFP Mot., D.E. 7.)

Upon review of the declarations in support of the application to proceed in forma pauperis, the Court finds that Plaintiff is qualified by his financial status to commence this action without prepayment of the filing fee. Accordingly, Plaintiff's application to proceed in forma pauperis is GRANTED.

Pursuant to the Court's January 23, 2012 Order of Consolidation in Butler, et al. v. DeMarco, et al., No. 11-CV-2602 (JS)(GRB) (the "Consolidated Action"), the Court has reviewed the instant Complaint and finds that it relates to the subject matter of the Consolidated Action. (Order of Consol., Consol. Action Docket Entry 327.) Accordingly, this action shall be consolidated with the Consolidated Action. This affects Plaintiff in the following ways:

1. Plaintiff in this action shall become a member of the certified classes in Butler (11-CV-2602);[1]

---

[1] The classes are defined as follows:

> (1) [A]n Injunctive Class comprised of all persons who, now or at any time in the future, are or will be detainees or prisoners in the custody of the Suffolk County Sheriff's Department and housed in the SCCF [Suffolk County Correctional Facility], with separate subclasses for those persons detained in Riverhead and Yaphank; and

> (2) [A] Damages Class comprised of all persons who are or were detainees or prisoners in the custody of the Suffolk County Sheriff's Department and housed in the SCCF and who were or will be released from the SCCF on or after April 5, 2009, with separate subclasses for those persons detained in Riverhead and

2. Any claims in the instant Complaint that are not included in the Consolidated Amended Complaint in <u>Butler</u> shall be severed (<u>see</u> Order of Consol. at 17 (describing the process for proceeding with any severed claims after the resolution of the Consolidated Action)); and

3. Plaintiff, as a member of the class, shall be represented by <u>pro</u> <u>bono</u> counsel, Shearman & Sterling LLP.[2]

A copy of the Order of Consolidation and the operative complaint in <u>Butler</u>--the Consolidated Amended Complaint (Consol. Am. Compl., Consol. Action Docket Entry 334)--are annexed to this Order.

If Plaintiff does **not** wish to proceed as a member of the Consolidated Action, he must so indicate in a letter to the Court

---

Yaphank.

(<u>See</u> Aug. 29, 2016 Order, Consol. Action Docket Entry 428, at 2-3.)

On August 29, 2016, this Court in the Consolidated Action adopted Magistrate Judge Gary R. Brown's Report and Recommendation and granted the Defendants' cross motion to amend the class definitions to "exclude all Suffolk County Correctional Facility inmates 'who were or have been housed exclusively at the new jail facility in Yaphank, New York.'" (Aug. 29, 2016 Order at 3-5.)

[2] Counsel's mailing address is:

    Daniel Hector Rees LaGuardia, Esq.
    Shearman & Sterling
    599 Lexington Avenue
    New York, NY 10022

Counsel's telephone number is: (212)848-4000.

3

within thirty (30) days of receiving a copy of this Order. Upon receipt of such a letter, the Court will direct the Clerk of the Court to sever this Complaint from the Consolidated Amended Complaint and reopen and reinstate his individual pro se action.

For the foregoing reasons, Plaintiff's application to proceed in forma pauperis is GRANTED and the Clerk of the Court is directed to CONSOLIDATE this matter with Butler, et al. v. DeMarco, et al., No. 11-CV-2602; mail a copy of this Order, the Order of Consolidation, and the Consolidated Amended Complaint to Plaintiff at his last known address; and mark this case CLOSED.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   July   18  , 2019
         Central Islip, New York